In the Matter of the Application of HENRY G. McGIVNEY, Appellant, for an Order of Mandamus against EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.*— Order denying motion for alternative mandamus order affirmed, with costs, upon the ground that the record shows that the petitioner has no clear legal right to such relief but must seek his remedy through some other action or proceeding. Carswell, Scudder and Davis, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to reverse the order and grant the motion upon the ground that the appellant did not resign.

In the Matter of Proving the Last Will and Testament and Four Codicils Thereto of HENRY A. MONFORT, Deceased, as a Will and Codicils of Real and Personal Property. LEANDER B. FABER and BROOKLYN TRUST COMPANY, as Executors, etc., of HENRY A. MONFORT, Deceased, Appellants; WILLIAM J. MORRIS, Special Guardian of KATHLEEN HASTE, an Infant, etc., Respondent.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Probate of the Last Will and Testament of CATARINA PERCIAVALLE, Deceased. HERBERT PERCIAVALLE and Others, Appellants; SALVATORE PERCIAVALLE, as Executor, etc., of CATARINA PERCIAVALLE, Deceased, Respondent.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to the respondent payable out of the estate. On the issue of due execution of the will, the proof, apart from the testimony of Scileppi, did not present an issue of fact for submission to the jury. On the issue of testamentary capacity or undue influence, the testimony adduced did not present an issue of fact for submission to the jury under the test applicable to such testimony, to wit: is the proof of such a character that it ought reasonably to satisfy a jury? (Matter of Case, 214 N. Y. 199, 203.) Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of THOMAS VITELLI, Petitioner, Appellant, as Administrator, etc., of ROSE or ROSA VITELLI, Formerly Known as ROSA DE SAPIO, Also Known as LINA or LENA DE SAPIO, Deceased, to Discover Certain Property of the Said Deceased Claimed to Be Withheld by MARIANINO GIORDANO, Claimant, Respondent. RAFFAELE DE SAPIO and PARISI DE SAPIO, Contestants, Appellants.— Order of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondent. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ. [139 Misc. 165.]